STATE OF NEW JERSEY v. DOROTHY COGLIANO.

April 3, 1973. Certification to Monmouth County Court granted.

STATE OF NEW JERSEY v. DOROTHY C. VERSACE.

April 3, 1973. Certification to Bergen County Court granted.

ANGELO CALI v.
NEW JERSEY STATE COMMISSION OF INVESTIGATION.

April 24, 1973. Certification to Superior Court, Chancery Division granted.